IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JUL 21 P 12: 07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

#204269

Gregory Glenn Faulkner
Full name and prison number
of plaintiff(s)

v.

Jackie Pettway
In his Individal
Compacity

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:14-cv-691-MHT
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Draper Correctional Center AL. Dept. of Corr.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED: Draper Correctional 2828 AL Hwy 143 Elmore, AL. 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                          ADDRESS
1. Jackie Pettway           2828 AL. Hwy 143
2. _____           Elmore, AL. 36025
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 6-20-2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My Constitutional rights were violated. Under the 8th amendment to the U.S. Constitution do to cruel and unusual punishment by the Defendant upon the Plaintiff.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

AT 11:15 am, on June 20, 2014 at Draper Correctional Center Jackie Pettway used excessive and brutal force. He struck the Plaintiff in the face, choked and repeatedly slammed his head into the wall.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

# STATEMENT OF FACTS

On June 20, 2014 at Draper Correctional Center Jackie Pettway used excessive and brutal force when the following incident occured. The Defendant, on the above listed date, viciously and maliciously struck the plaintiff in the face and neck without Justification, Defendant Pettway then begin choking the Plaintiff in attempts to stop his air circulation. After, Defendant Pettway, repeatedly slammed the Plaintiff head into the wall. After, Defendant Pettways, forcefull attack, The plaintiff was not allowed Immediate medical attention. However, Four days later, upon the investigation of this incident, the Plaintiff received documented medical treatment.

This unlawful demonstration by Defendant ~~[redacted]~~ in direct conflict against the Plaintiff's Constitutional Right to be free from cruel and unusual punishment.

## RELIEF SOUGHT

Award all court taxes and expense. Award attorney fee's, A trial by Jury, Compensatory and punitive damages. All apropriate injunctive relief.

*Gregory Glenn Faulkner*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 18-7-14
(Date)

*Gregory Glenn Faulkner*
Signature of plaintiff(s)

Gregory Faulkner # 204269
  I1-5B
Draper Correctional
2828 AL. Hwy 143
Elmore, AL. 36025



U.S. POSTAGE >> PITNEY BOWES
ZIP 36025  $ 000.69⁰
02 1W
0001378921 JUL. 18. 2014

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

P.O. BOX 711
United States District Clerk's office
Clerk - Debra P. Hackett
Montgomery, AL. 36101-0711

LEGAL USE ONLY

3610107111