IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY GLENN FAULKNER, #204269, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:14cv691-MHT (WO) |
| JACKIE PETTWAY, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit alleging that the defendant correctional officer used excessive force against him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for want of prosecution. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 5th day of December, 2014.**

　　　　　　　　　　　　　**　/s/ Myron H. Thompson　**
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**